UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LEO GREGORKA; and EVE GREGORKA,

        Plaintiffs,    6:13-CV-1408
                (GTS/TWD)
v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____

APPEARANCES:              OF COUNSEL:

LEO GREGORKA and EVE GREGORKA
 Plaintiffs, *Pro Se*
108 Church Street
Little Falls, New York 13365

SOCIAL SECURITY ADMINISTRATION    EMILY M. FISHMAN, ESQ.
OFFICE OF REG'L GEN. COUNSEL – REGION II
 Counsel for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

GLENN T. SUDDABY, United States District Judge

## **DECISION and ORDER**

   The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Thérèse Wiley Dancks, filed on May 28, 2015, recommending that the Commissioner's decision denying benefits be affirmed with regard to Social Security income benefits ("SSI") but reversed with regard to disability insurance benefits ("DIB"). (Dkt. No. 14.) No objections to the Report-Recommendation have been filed and the time in which to do so has expired. After carefully reviewing all of the papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its

entirety; and the case is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED** with regard to the denial of SSI benefits but **REVERSED** with regard to the denial of DIB benefits; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: June 25, 2015
       Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge